UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HUGHES-BIRCH | ) |
| | ) CIVIL ACTION NO. |
|     Plaintiff-Appellant, | ) 09-10302-DPW |
| | ) |
| LILY HUGHES-BIRCH, | ) ------------------ |
| LEAH KEFFERSTAN | ) |
| | ) FIRST CIRCUIT |
|     Plaintiffs, | ) NO. 10-1500 |
| | ) |
| v. | ) |
| | ) |
| HONORABLE MARY MCCAULEY | ) |
| MANZI, ET AL | ) |
| | ) |
|     Defendants-Appellees. | ) |

MEMORANDUM AND ORDER
December 7, 2010

It has come to my attention that in successive monthly Status Reports continuing through the Status Report dated December 2, 2010 and docketed in the Court of Appeals yesterday, the plaintiff-appellant Stacey Hughes-Birch has represented to the First Circuit that "the United States District Court has not responded" to her Fed. R. Civ. P. 60(b) motion filed in this Court after the appeal in this matter was noticed. The plaintiff-appellant's representation is inaccurate, but remarkably the defendants-appellants have not bothered to seek to bring the disposition of the 60(b) motion in this Court to the attention of the Court of Appeals. Accordingly, this Memorandum is designed to provide further notice that, as reflected in the docket entry # 119 of this case in the District Court under Civil

Action No. 09-10302, on August 30, 2010, an electronic order was "entered denying 109 Motion for Order for relief from judgment." The Clerk's Office of this Court shall hand deliver a copy of this Memorandum to the Clerk of the First Circuit.

                                        **/s/ Douglas P. Woodlock**
                                        DOUGLAS P. WOODLOCK
                                        UNITED STATES DISTRICT JUDGE